# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH T. CASON, | CASE NO. 1:05-CV-01640-OWW-SMS-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL OR FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| D. D. ORTIZ, et al., | |
| Defendants. | |

Plaintiff Joseph T. Cason ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On December 27, 2005, this action was transferred from the Northern District of California to this district. The in forma pauperis application plaintiff filed on November 29, 2005, was incomplete, as it was not accompanied by a certified copy of plaintiff's trust account statement.

The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner.

Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file a completed application to proceed in forma pauperis. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:** February 17, 2006         /s/ Sandra M. Snyder
i0d3h8                               UNITED STATES MAGISTRATE JUDGE