1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10   JOSEPH T. CASON,                    1:05-cv-01640-OWW-SMS-P

11          Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                RECOMMENDATION** (Doc. 5)
12   vs.
                                **ORDER DISMISSING ACTION**
13   D.D. ORTIZ, et al.,

14          Defendants.
     _____/
15

16       Plaintiff Joseph T. Cason ("plaintiff") is a state prisoner

17   proceeding pro se in this civil rights action pursuant to 42

18   U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

20   Rule 72-302.

21       On April 17, 2006, the Magistrate Judge filed a Findings and

22   Recommendation herein which was served on plaintiff and which

23   contained notice to plaintiff that an objection to the Findings

24   and Recommendation, if any, was to be filed within fifteen days.

25   To date, plaintiff has not filed objections thereto.[1]

26

27       [1] The United States Postal Service returned the order served on plaintiff
     on May 3, 2006, as undeliverable.  A notation on the envelope indicated:
28   Return to Sender - Out of Custody.  However, plaintiff has not notified the
     court of any change in his address.  Absent such notice, service at a party's

                                    1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed April 17, 2006, is ADOPTED in full; and,

2.   This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of February 17, 2006.


IT IS SO ORDERED.

**Dated:    May 24, 2006**                    _____**/s/ Oliver W. Wanger**_____
emm0d6                                                    UNITED STATES DISTRICT JUDGE

---

prior address is fully effective.  Local Rule 83-182(f).